FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendant,
Delta Air Lines, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD NORTON, an individual;<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC., a Delaware Corporation;<br><br>　　　　　Defendant. | Case No. 2:19-cv-00800-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>　　　(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendant will have an extension of time up to an including June 21, 2019 to respond to Plaintiff's Complaint (ECF No. 1) on file herein. This is the first request for an extension. Defense counsel requires further time to obtain and review the

35492510

– 1 –

files necessary to prepare a response.

| | |
|---|---|
| FISHER & PHILLIPS LLP | LAW OFFICES OF MICHAEL P. BALABAN |
| /s/ Scott M. Mahoney, Esq.<br>Scott M. Mahoney, Esq.<br>300 South Fourth Street. Suite<br>Suite 1500<br>Las Vegas, NV 89101<br>Attorneys for Defendant | /s/ Michael P. Balaban, Esq.<br>Michael P. Balaban, Esq.<br>10726 Del Rudini St.<br>Las Vegas, NV 89141<br>Attorneys for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 29, 2019

- 2 -

35492510